**Order entered November 30, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01367-CR**

**DONALD NOLAN LEHMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F18-76726-Y**

**ORDER**

Before the Court is appellant's November 24, 2020 final motion for an extension of time to file his brief which he tendered along with the motion. In the brief, appellant identifies the victim by initials; however, he identifies other children by name. This Court does not allow a party to file a brief that discloses the names of victims, the names of witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper

filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix. We will defer ruling on the extension motion until the amended brief is received.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Jeff P. Buchwald; and the Dallas County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE